```
                    FILED             RECEIVED
                    ENTERED           SERVED ON
                           COUNSEL/PARTIES OF RECORD

                       AUG 1 2 2013

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
                BY:                         DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

EDWARD WILSON,

        Plaintiff(s),

vs.

BIOMAT USA INC,

        Defendant(s).

2:10-cv-1657 GMN

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: Aug 8 2013

U.S. DISTRICT JUDGE